# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JINNY HANSON,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC., a foreign limited liability company; EQUIFAX, INC. a foreign corporation; DOE Individuals I through X, inclusive, ROE Business Entities XI through XX, inclusive,<br><br>    Defendants.. | Case No. 2:14-cv-01405-RFB-VCF<br><br>ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC |

Plaintiff Jinny Hanson has announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Jinny Hanson against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorney's fees to be paid by the party incurring same.

DATED this 29th day of December, 2014.

_____
RICHARD F. BOULWARE, II
UNITED  STATES  DISTRICT  JUDGE

---

DEFENDANT TRANS UNION LLC'S FIRST REQUESTS FOR PRODUCTION TO PLAINTIFF

1

6317784.2/SP/83057/1733/112614